UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                         **ORDER**
                                            Crim. No. 98-222(01)

Fortino E. Diaz,

    Defendant.

---

This matter is before the Court on Defendant's *Pro se* motion to reconsider the Order dated January 10, 2019, which dismissed Defendant's requests to correct judgment because Defendant had not obtained the proper authorization from the Eighth Circuit Court of Appeals.

The Court finding no basis upon which to reconsider its January 10, 2019 Order, and because Defendant has not obtained the proper authorization from the Court of Appeals,

IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration [Doc. No. 621] is DISMISSED.

Date: February 13, 2019

                                          /s Michael J. Davis
                                          Michael J. Davis
                                          United States District Court